NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE PAUL R. WIENEKE, SCOTT D. EIKENBERRY, TIM NUFIRE, DAVID A. KOBLAS, AND BRIAN K. WILSON**

**(REAL PARTY IN INTEREST SONICWALL, INC.)**

---

2011-1250
(Serial No. 10/449,875)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

COLBY B. SPRINGER, Lewis and Roca LLP, of Mountain View, California, argued for the appellant. With him on the brief was TAM THANH PHAM.

JOSEPH G. PICCOLO, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and AMY J. NELSON, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 13, 2012      /s/Jan Horbaly
Date      Jan Horbaly
Clerk